UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:18CR 271 (JBA) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| ANDREW CUNNINGHAM | : | 18 U.S.C. § 2422(b) (Enticement of a Minor |
| | : | to Engage in Illegal Sexual Activity) |
| | : | |
| | : | 18 U.S.C. § 2428 (Forfeiture) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Enticement of a Minor to Engage in Illegal Sexual Activity)

1.      From on or about March 20, 2017 to on or about March 27, 2017, in the District of

Connecticut and elsewhere, the defendant ANDREW CUNNINGHAM, using a facility and means

of interstate commerce, namely, a cellular telephone, did knowingly attempt to persuade, induce,

entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual

activity for which any person could be charged with a criminal offense, namely, Sexual

Exploitation of Children, in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

FORFEITURE ALLEGATION

2.      Upon conviction of the offense alleged in Count One of this Information, the

defendant ANDREW CUNNINGHAM shall forfeit to the United States, pursuant to Title 18,

United States Code, Section 2428(a), all right, title, and interest in any property used or intended

to be used to commit or facilitate the commission of the offense, and all property constituting or

traceable to proceeds obtained, directly or indirectly, from the offense, including but not limited to the following:

- Samsung Gusto cellular phone seized by Connecticut State Police on May 2, 2017.

3.      If any of the above-described forfeitable property, as a result of any act or omission of ANDREW CUNNINGHAM, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2428, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

_____

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY