UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18CR308 (JBA) |
| v. | : | |
| ANDREW CUNNINGHAM | : | January 2, 2019 |

MOTION TO CONTINUE SENTENCING

The defendant, Andrew Cunningham, through counsel hereby moves to postpone his sentencing (and all associated deadlines) in this case by 60 days, from February 15, 2018 until April 16, 2018.  The basis for this motion is that undersigned counsel needs additional time to explore potential mental health issues that may factor into the Court's sentencing analysis. Undersigned counsel expects that an additional 60 days should be sufficient time for her to do that.  This is the defendant's first motion to continue sentencing and the associated deadlines. The Government takes no position on this motion.

Wherefore, the defendant respectfully requests that the Court grant this motion.

THE DEFENDANT,
Andrew Cunningham
/s/ Moira L. Buckley
 Moira L. Buckley
Assistant Federal Defender
10 Columbus Boulevard, 6th Fl.
Hartford, CT 06106-1976
Phone: (860) 493-6260
Bar no.: ct18803
Email: moira_buckley@fd.org

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Moira L. Buckley
Moira L. Buckley