IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                                          3:18CR271 (JBA)

ANDREW CUNNINGHAM

ENDORSEMENT ORDER AND AMENDED SENTENCING SCHEDULING ORDER

The Defendant's Motion to Continue Sentencing (Doc. #9) is granted, absent objection. The Defendant shall appear for sentencing on **Thursday, April 18, 2019 at 10:00a.m.** in Courtroom No. 2 of the United States District Courthouse, 141 Church Street, New Haven, Connecticut. The initial Presentence Report shall be disclosed to the Defendant, counsel for the Defendant, and the Government by **March 7, 2019**. Any objections or comments shall be communicated to the probation officer by **March 21, 2019**. The final version of the Presentence Report shall be filed by **April 1, 2019**. Defendant's Sentencing Memorandum shall be filed by **April 5, 2019**. Government's Sentencing Memorandum shall be filed by **April 12, 2019**. Any replies shall be filed by **April 15, 2019**.

IT IS SO ORDERED.

/s/ Janet Bond Arterton, U.S.D.J.
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 4, 2019