UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:18CR308 (JBA) |
| v. | : | |
| ANDREW CUNNINGHAM | : | April 17, 2019 |

MOTION FOR PERMISSION TO SUPPLEMENT DEFENDANT'S MEMORANDUM
IN AID OF SENTENCING WITH THREE LETTERS ADDRESSING THE COURT

The defendant, Andrew Cunningham, respectfully requests permission to supplement his sentencing memorandum filed on April 5, 2019, with his letter addressing the Court, and with those of his father and aunt. (See attachments.) Mr. Cunningham is scheduled for sentencing on April 18, 2019 at 10:00 p.m.

WHEREFORE, the defendant respectfully requests that the Court grant this motion.

Respectfully Submitted,
THE DEFENDANT,
Andrew Cunningham

/s/ Moira L. Buckley
Moira L. Buckley
Assistant Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct18803
Email: Moira_Buckley@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2019, a copy of the foregoing filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Moira L. Buckley

Moira L. Buckley