Dear Judge Arterton,

    There's no excuse for my conduct over the last several years and in this case. I regret what I have done because I know it has hurt others. I've read MV's mother's letter and I understand why she feels the way she does. I am sorry for the damage I caused her daughter and family.

    I plan to get much needed help so I don't do this again.

    I'm also sorry for the shame that I've caused my own family, and that I won't be able to help my father over the next many years.

    Thank you for taking the time to read this.

    Sincerely,

    Andrew Cunningham

To who it may concern,

This letter is in reference to Andrew Cunningham.

Andy grew up with both his mother and father being alcoholics. Andy's mother left when he was only 5 years old. His father was in and out of detox facilities and when he was home he was not always able to look after his sons. His Grandmother had to help with personal hygiene for the boys and keeping the house clean.

Andy's brother became a drug addict in his 20's while living with Andy and his father.

Due to Andy's fathers drinking Andy did got get much love, emotional support or nurturing from a young child into adulthood.

Despite all this Andy never got into trouble as a young kid into adulthood until Andy was arrested the first time in 2014.

Andy had never been one to get involved with drinking and doing drugs. He has always taken pride in the way he looks and dresses. Andy was living with his father prior to his arrest. Andy was helping to keep the apartment clean, walking to the store and doing any and all the errands he could do to help his father. His father is on disability and has many health issues.

Sincerely yours,

*Linda Cunningham*

Andy's Aunt
Linda Cunningham

Dear Judge Arterton

Andy's trama started young around 4-5 yrs old his mom disapeared for 2 mo. searched for wks. found her she refused to come home. She came home a few days later. Her mom owned the house and I was removed. I went by Andy let me in I attacked her boyfriend and was removed by police. The next day she called and said they were moving to Cal. I told her I wanted kids she said be here when they are home from school she would be gone. I had girls come and go. In 89" my dad died when we were camping for my birthday. In 91" on his birthday I had an accident and was life staved. The boys thought I was dead. I was charged with assault 2nd in 93" I went to jail for 10 mo. My sons lost their dad at 12, 13 & 14 a rough age. I straightened out my life bought a house all my sons lived with me. My collar bone was broken in the accident I had 2 operations one after the other. Became addicted on opioids then went to heroin lost my house became homeless. Andy went off on his own. He met a girl became engaged then broke up. I in 2009 overdosed and was in a comma for a mo. I have straightened out and got an appartment for Andy and I.

He's been trying to help me out as much as he can. He is a very good son. I know this doesn't excuse what he's done but he had a rough life. I am suffering a bunch of ailments.

Sincerly David Cunningham