UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:18CR308 (JBA) |
| v. | : | |
| ANDREW CUNNINGHAM | : | April 19, 2019 |

MOTION FOR RECOMMENDATION RE: DESIGNATION

The defendant, Andrew Cunningham, respectfully requests that the Court enter judgment making the recommendation to the Bureau of Prisons that Mr. Cunningham serve his federal sentence at Federal Medical Center Devens. FMC Devens is one of the Bureau of Prisons Facilities that runs a Sex Offender Management Program (SOMP). SOMP facilities are charged with

> assist[ing] in the effective management of the Bureau's population of sexual offenders and to provide services that minimize this population's risk for sexual reoffense. . . A primary goal of SOMP institutions is to reduce the need to place sexual offenders in protective custody, and to create an institution climate conducive to voluntary participation in treatment. To achieve this goal, SOMP institutions will maintain a significant proportion of sexual offenders in the population. . . . Initial Designations to SOMPs. Newly sentenced inmates with a sex offense history may receive initial designation to a SOMP institution to have access to program components available at those facilities.

https://www.bop.gov/inmates/custody_and_care/sex_offenders.jsp

"Because of the unique programming offered at FMC Devens, sex offenders make up approximately 40% of the inmate population. Inmates with a history of sexual offenses are automatically enrolled in the Sex Offender Management Program (SOMP). Another sex offender-specific, intensive Residential Sex Offender Treatment Program (SOTP-R) is also offered, but participation is purely voluntary."

https://www.bop.gov/locations/institutions/dev/DEV_prea.pdf   Based on undersigned counsel's

review of BOP literature, it appears that FMC Devens is the most likely place that Mr. Cunningham will receive effective sex offender treatment, and it appears from the above-cited reference that such treatment occurs throughout the individual's period of incarceration. The only facilities that provide this level of care to sex offenders, or SOMP facilities, are scattered throughout the country with Devens being the only one in the northeast. It does not appear that any other SOMP facility will offer treatment to Mr. Cunningham superior to that which Devens will be able to provide. Designation to FMC Devens will provide Mr. Cunningham with much needed rehabilitation, which, in turn, fosters the goal of protection of the public.

      WHEREFORE, the defendant respectfully requests that the Court grant this motion.

      Respectfully Submitted,
THE DEFENDANT,
Andrew Cunningham

/s/ Moira L. Buckley
Moira L. Buckley
Assistant Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct18803
Email: Moira_Buckley@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 19, 2019, a copy of the foregoing filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Moira L. Buckley
Moira L. Buckley