IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  3:18CR308 (JBA)

ANDREW CUNNINGHAM

ENDORSEMENT ORDER

The Defendant's Motion for Recommendation re Designation (Doc. #22) is granted. The Court will incorporate its recommendation that Mr. Cunningham be designated to FMC Devens in its Judgment and Commitment.

IT IS SO ORDERED.

/s/ Janet Bond Arterton, U.S.D.J.
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: April 23, 2019